UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PINKESZ on behalf of himself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>Defendant. | Civil Action No. :12-cv-02508-SLT-JO |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of the Defendant PORTFOLIO RECOVERY ASSOCIATES LLC, and send all future Court notices to the following:

>  */s/ Donald S. Maurice, Jr.*
>  Donald S. Maurice, Jr. (DM0263)
>  Maurice & Needleman, P.C.
>  Attorneys for Defendant
>  PORTFOLIO RECOVERY ASSOCIATES LLC
>  5 Walter E. Foran Blvd., Ste 2007
>  Flemington, NJ 08822
>  908 237 4550
>  dsm@mnlawpc.com

Date: November 8, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct of the foregoing Notice of Appearance was served on this date via the electronic filing system, addressed to the following:

| | |
|---|---|
| Hashim Rahman | Maxim Maximov |
| hrahman@rahmanlegal.com | m@maximovlaw.com |

                                      */s/ Donald S. Maurice, Jr.*
                                      Donald S. Maurice, Jr.

Date: November 8, 2012