**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

EDWARD PINKESZ on behalf of himself and
all other similarly situated consumers,

                Plaintiff,

                v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

                Defendants.

Hon. Sandra L. Townes
Case No. 12-cv-02508-SLT-JO

**PORTFOLIO RECOVERY ASSOCIATES, LLC'S ANSWER TO**
**PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES**

      Defendant Portfolio Recovery Associates, LLC (hereinafter referred to as "PRA") by and through its attorneys, Maurice & Needleman, P.C., hereby answer Plaintiff's Complaint as follows:

## INTRODUCTION

      1.      The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied. To the extent that the allegations are deemed factual as to PRA, they are denied.

      2.      The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied. To the extent that the allegations are deemed factual as to PRA, they are denied.

    a.   The allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    b.   The allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    c.   The allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

3.    The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

4.    The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

5.    The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

## **PARTIES**

6.    PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied.

7.      The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

8.      PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied.  In addition, the allegations that the account at issue is a "debt" within the meaning of 15 U.S.C. 1692a(5) is a conclusions of law to which no response is required and therefore they are denied.

9.      Admitted.

10.      PRA admits that its business involves the purchase and collection of receivable accounts but is without sufficient personal knowledge and information to form a belief as to the nature of these accounts and leaves plaintiff to his proofs.  Any allegations that the account at issue is a "debt" within the meaning of 15 U.S.C. 1692a(5) is a conclusions of law to which no response is required and therefore they are denied.

11.      The allegations of this paragraph contain conclusions of law to which no response is required.

## JURISDICTION & VENUE

12.      The allegations of this paragraph contain conclusions of law to which no response is required.

13.      The allegations of this paragraph contain conclusions of law to which no response is required.

## FACTS PARTICULAR TO EDWARD PINKESZ

14.     PRA admits only that it attempted to collect an account from Plaintiff.  PRA is without sufficient personal knowledge and information to form a belief as to the truth of the remaining allegation in this paragraph and, accordingly, these allegations are denied.  In addition, the allegation that the account at issue is a "debt" within the meaning of 15 U.S.C. 1692a(5) is a conclusions of law to which no response is required and therefore they are denied.

15.     Denied.

16.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

17.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied.  In addition, the allegations of this paragraph contain conclusions of law to which no response is required and, accordingly, these allegations are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

18.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied.  In addition, the allegations of this paragraph contain conclusions of law to which no response is required and, accordingly, these allegations are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

19.     The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

20.     The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

21.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

22.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

23.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

24.     The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

25.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

26.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

27.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

28.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

29.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    a.     Denied.  The allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    b.     Denied.  The allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    c.     Denied.  The allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

30.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

31.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

32.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

33.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

## CLASS ALLEGATIONS

34.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

35.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

36.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is

required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

37.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

38.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

39.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

40.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

41.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

a.  PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this sub-paragraph and, accordingly, these allegations are denied. In addition, the allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

b.  PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this sub-paragraph and, accordingly, these allegations are denied. In addition, the allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

c.  PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this sub-paragraph and, accordingly, these allegations are denied. In addition, the allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    d.   PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this sub-paragraph and, accordingly, these allegations are denied. In addition, the allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    e.   PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this sub-paragraph and, accordingly, these allegations are denied. In addition, the allegations of this sub-paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

42.    PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

43.    PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

44.     PRA is without sufficient personal knowledge and information to form a belief as to the truth of each allegation in this paragraph and, accordingly, these allegations are denied. In addition, the allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

## FIRST CAUSE OF ACTION

45.     PRA repeats and incorporates by reference herein its responses to paragraphs one (1) through forty-four (44) as if set forth fully herein.

46.     Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

  a.   Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

  b.   Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

  c.   Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

  d.   Denied.  The allegations of this paragraph contain conclusions of law to which no response is required and therefore they are denied.  To the extent that the allegations are deemed factual as to PRA, they are denied.

    e.   Denied.  The allegations of this paragraph contain conclusions of law to which

no response is required and therefore they are denied.  To the extent that the

allegations are deemed factual as to PRA, they are denied.

WHEREFORE, Portfolio Recovery Associates, LLC demands that the complaint be

dismissed with prejudice and that they be awarded costs of this action, attorneys' fees pursuant to

15 U.S.C. § 1692k(a)(3) and such other relief as this Honorable Court may deem appropriate.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

If a violation of the Fair Debt Collection Practices Act is determined to have occurred,

the violation was not intentional and resulted from a bona fide error notwithstanding the

maintenance of procedures reasonably calculated to avoid such error.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff suffered no actual damages as a result of PRA's alleged conduct.

### FOURTH AFFIRMATIVE DEFENSE

If discovery reveals that the Debt is subject to an agreement requiring the parties

to submit any dispute between them to arbitration, than there is no subject matter jurisdiction

over Plaintiff's Complaint.

Respectfully Submitted,
MAURICE & NEEDLEMAN, P.C.
Attorneys for Defendant, Portfolio Recovery
Associates, LLC

By: _/s/ Thomas R. Dominczyk
        Thomas R. Dominiczyk, Esq. (TD7835)
        5 Walter E. Foran Blvd.
        Suite 2007
        Flemington, NJ 08822
        (908) 237-4550
        trd@mnlawpc.com

Date: November 26, 2012

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Answer and Affirmative

Defenses was served on this date via ECF and regular mail addressed to the following:

Maxim Maximov, Esq.
1600 Avenue M, 2nd Floor
Brooklyn, NY 11230

Dated: November 26, 2012

MAURICE & NEEDLEMAN, P.C.
Attorneys for Defendant
Portfolio Recovery Associates, LLC

By:  /s/ Thomas R. Dominczyk
Thomas R. Dominiczyk, Esq. (TD7835)
5 Walter E. Foran Blvd.
Suite 2007
Flemington, NJ 08822
(908) 237-4550
trd@mnlawpc.com