UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

EDWARD PINKESZ on behalf of himself and      Index No. CV-12-2508
all other similarly situated consumers

                                            **INITIAL CONFERENCE**
                      Plaintiff,                     **QUESTIONAIRRE**

         -against-


PORTFOLIO RECOVERY ASSOCIATES LLC


                      Defendant.

_____

         In accordance with Fed. R. Civ. P. 16(b), the Court hereby orders as follows:

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure: **December 14, 2012.**

2. Deadline for first request for production of documents and first request for interrogatories: **January 16, 2013**.

3. If additional interrogatories beyond the 25 (twenty-five) permitted under the Federal Rules are needed, the maximum number of:

    Plaintiff: **N/A**; and

    Defendant: **N/A**

4. Maximum number of requests for admission by:

    Plaintiff: **N/A**; and

    Defendant: **N/A**

5. Number of depositions by plaintiff of:

    Parties: **5**; and

    Non-parties: **5**

6. Number of depositions by defendant of:

    Parties: **5**; and

    Non-parties: **5**

7. Time limits for depositions: **N/A**.

8. Date of status conference: (joint status report due two business days in advance): **March 15, 2013**.

9. Date for completion of factual discovery: **March 29, 2013.**

10. Number of expert witnesses of plaintiff:

    Medical: **N/A**; and

    Non-medical: **0.**

11. Date for expert report: **N/A**.

12. Number of expert witnesses of defendant:

    Medical: **N/A**; and

    Non-medical: **0.**

13. Date for expert report: **N/A**.

14. Date for completion of expert discovery: **N/A**.

15. Have counsel reached any agreement for disclosure of experts' work papers (including drafts) and communications with experts? **N/A**.

16. Time for amendment of the pleadings by: **February 22, 2013**.

17. Number of proposed additional parties to be joined by:

   i.   Plaintiff: **5;**

   ii.  Defendant: **5**

18. Completion of joinder of additional parties: **February 22, 2013**.

19. Date of pretrial conference (brief *ex parte* statements of settlement position due via fax two business days in advance): **June 28, 2013**.

20. Types of contemplated dispositive motions:

   i.   Plaintiff: **summary judgment, class certification**.

   ii.  Defendant: **summary judgment**.

21. Dates for filing contemplated dispositive motions: **April 19, 2013**.

22. Does any party object to having this case included in the Court's Electronic Filing program: **No**.

23. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

   **No**.

The parties reserve the right to amend their responses to this initial questionnaire and subsequent Rule 26(f) report.

Dated: Brooklyn, New York
       December 11, 2012

  /s/ Maxim Maximov                              /s/ Rachel Marin
Maxim Maximov, Esq.                            Rachel Marin, Esq.
Attorneys for the Plaintiff                    Attorneys for the Defendant – Portfolio
Maxim Maximov, LLP                             Recovery Associates, LLC
1600 Avenue M, 2nd Floor                       Maurice & Needleman, P.C.
Brooklyn, New York 11230                       5 Walter E. Foran Blvd., Suite 2007
Office: (718) 395-3459                         Flemington, New Jersey 08822
Facsimile: (718) 408-9570                      Main (908) 237-4550
Mobile: (718) 772-3954                         E-mail: rmarin@mnlawpc.com
E-mail: m@maximovlaw.com