| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                             DATE:    12/14/2012
          U.S. MAGISTRATE JUDGE                       TIME:    11:00 a.m.

*Edward Pinkesz v. Portfolio Recovery Associates, LLC*
12-CV-2508 (SLT) (JO)

TYPE OF CONFERENCE:   Initial

APPEARANCES:    Plaintiff     Marcy Einhorn

                Defendant     Rachel Marin

SCHEDULING: The next pretrial conference will be held on April 12, 2013, at 11:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. I will enter a separate case management and scheduling order that reflects, with minor modifications, the deadlines set forth in the parties' joint discovery plan.

2. I denied the plaintiff's oral motion for a protective order permitting the defendant to withhold the disclosure, otherwise already due pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), of audio recordings of the calls at issue in this litigation. Accordingly, and consistent with the parties' joint discovery plan, the plaintiff must produce those recordings forthwith.

3. I invite the parties to contact chambers to schedule a settlement conference as soon as they agree that it would be useful to do so.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge